# Court of Appeals
# of the State of Georgia

ATLANTA,  October 13, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0092.  ROBERTO TELLES BAEZ v. THE STATE.**

Roberto Baez seeks discretionary review of the trial court's order denying his post-conviction motion for the production of the minutes of the grand jury proceedings that led to his indictment and conviction for armed robbery.  The State has moved to dismiss Baez's application for failure to comply with the interlocutory appeal requirements.

Because the order Baez seeks to appeal is a final order, the State's motion to dismiss is DENIED.  See OCGA § 5-6-34 (a) (1).  Upon review of the merits of Baez's application for discretionary review, it also is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/13/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*